LAW OFFICE OF DAVID S. BARRETT
David S. Barrett (SB# 209986)
770 'L' Street, Suite 950
Sacramento, CA 95814
Tel. (916) 492-6040
Fax (916) 492-6041

Attorney for Defendant
The Glass Guru Glazing, Inc.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL, METAL, AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>GLASS GURU GLAZING, INC.,<br><br>Defendant. | Case No.: C-06-7193 CRB<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT |

Plaintiff Northern California Glaziers, Architectural, Metal, and Glass Workers Pension Plan, et al. ("Plaintiffs") and Defendant The Glass Guru Glazing, Inc. ("Defendant"), by and through their respective attorneys of record, hereby stipulate to a an order granting an extension of time for Defendant to respond to the complaint based on the following facts:

Whereas Plaintiff filed the Complaint on November 20, 2006 against Defendant alleging that Defendant failed to make contributions to Plaintiffs pursuant to a collective bargaining agreement. Thereafter, the complaint was served in late November 2006;

1

Whereas Defendant retained counsel shortly after the complaint was served on Defendant;

Whereas, counsel for the parties have engaged in settlement discussions from mid-December to the present day. Counsel for the parties are attempting to clarify facts pertaining to this matter that have caused confusion, including multiple similarly named businesses, similar work, and alleged errantly made payments. Counsel for the parties are optimistic that the outcome of their current discussions may lead to a quick resolution of the matter, therefore there is good cause for the requested extension.

Therefore, IT IS HEREBY STIPULATED that the date upon which Defendant must respond to the complaint is January 31, 2007.

Date: January 24, 2007                     /S/
                                DAVID S. BARRETT
                                Attorney for Defendant

Date: January 24, 2007                     /S/
                                MURIEL B. KAPLAN
                                Attorney for Plaintiffs

### ORDER

Having read the Stipulation agreed to by all parties through their counsel and good cause appearing therefore, the Stipulation in its entirety is made on Order of the Court and the date by which Defendant must file and serve a response to the complaint is January 31, 2007.

SO ORDERED.

Dated:  January 25, 2007
                                _____
                                JUDGE OF THE U.S. DISTRICT COURT
                                NORTHERN DISTRICT



IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION AND [PROPOSED] ORDER